1  Dustun H. Holmes, Esq., Bar No. 12776
   DHH@mcmenemyholmes.com
2  Ian M. McMenemy, Esq., Bar No. 13190
   IAN@mcmenemyholmes.com
3  MCMENEMY | HOLMES PLLC
   1645 Village Center Circle, Suite 291
4  Las Vegas, Nevada 89134
   Telephone:   702.874.4878
5  Facsimile:    702.874.4969

6  Patrick Bright CA Bar Number 68709
   (will comply with LR IA 11-2 within 14 days)
7  WAGNER, ANDERSON & BRIGHT PC
   10524 West Pico Boulevard, Suite 214
8  Los Angeles, CA 90064
   (213) 700-6637
9  pbright@patentattorney.us

10 *Attorneys for Plaintiff*

11                  **UNITED STATES DISTRICT COURT**

12                          **DISTRICT OF NEVADA**

13 TITAN INTERNATIONAL                 Case No.: 2:24-cv-861
   TECHNOLOGIES, LTD.,
14
                   Plaintiff,          **STIPULATION AND [PROPOSED]**
15 v.                                  **ORDER EXTENDING TIME TO**
                                       **RESPOND TO COMPLAINT**
16 COBRA FIRING SYSTEMS, LLC and
   PHANTOM FIREWORKS OF PAHRUMP,       **[FIRST REQUEST]**
17
                   Defendants.
18

19

20       Plaintiff Titan International Technologies, LTD. ("Titan"), by and through its counsel of

21 record, and Defendants COBRA Firing Systems, LLC ("Cobra") and Phantom Fireworks of

22 Pahrump ("Phantom") (collectively "Defendants"), by and through their counsel of record,

23 pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate to extend the time to

24 respond to Titan's Complaint (ECF No. 1) by forty-five (45) days, through and including **July 15,**

25 **2024**.

26 …

27 …

28 …

                                            1

This extension is requested so the parties can further evaluate and discuss the potential for resolution. This request is not for purposes of delay.

DATED this 28th day of May, 2024.　　　　　　　　DATED this 28th day of May, 2024.

By: ___/s/ Dustun H. Holmes_____　　　　　By: ___/s/ Ajit Vaidya, Esq._____
　　Dustun H. Holmes, Bar #12776　　　　　　　　　Ajit Vaidya, Esq.
　　MCMENEMY | HOLMES PLLC　　　　　　　　　　KENEALY VAIDYA LLP
　　1645 Village Center Circle, Suite 291　　　　　　3050 K Street, NW
　　Las Vegas, Nevada 89134　　　　　　　　　　　Suite 302
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20007
　　Patrick Bright, Esq. CA #68709
　　(pro hac application forthcoming)
　　WAGNER, ANDERSON & BRIGHT PC　　*Attorneys for Defendants*
　　10524 West Pico Boulevard, Suite 214
　　Los Angeles, CA 90064

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  5/29/2024

2