UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Titan International Technologies, Ltd.,

    Plaintiff(s),

vs.

Cobrea Firing Systems, LLC and Phantom Fireworks of Pahrump,

    Defendant(s).

Case # 2:24-cv-00861-CDS-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

[ECF No. 10]

    Patrick Bright, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Wagner, Anderson & Bright, PC
(firm name)

with offices at 10524 West Pico Boulevard, suite 214,
(street address)

Los Angeles, California, 90064,
(city) (state) (zip code)

(213) 700-6637, pbright@patentattorney.us.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Titan International Technologies Ltd., to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>June, 1976</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>California</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Central District of CA | December 1, 1976 | 68709 |
| 9th Circuit Court of Appeals | 12/1/1976 | 68709 |
| Federal Circuit Court of Appeals | 12/1/1976 | 68709 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None (State "none" if Petitioner has no disciplinary proceedings, etc.)

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None(State "none" if Petitioner has never been denied admission.)

7. That Petitioner is a member of good standing in the following Bar Associations.

CA and NY(State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*[signature]*
_____
Petitioner's signature

STATE OF ____California____ )
                             )
COUNTY OF ___lOS ANGELES___ )

_____Patrick Bright_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*[signature]*
_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

__See attached._____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Dustun Holmes_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____1645 Village Center Circle, Suite 291_____,
(street address)

____Las Vegas____, ____Nevada____, ____89134____,
(city)              (state)         (zip code)

____(702) 874-4878____, ____dhh@mcmenemyholmes.____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me
on this _14th_ day of _May_, 20_24_,
by
(1) _Patrick Bright_
(and 2) _____
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Notary Seal: MARIA GOMEZ, Notary Public - California, Los Angeles County, Commission # 2414958, My Comm. Expires Sep 5, 2026]

Place Notary Seal and/or Stamp Above

———— OPTIONAL ————

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _US Court District Court document Permission to Practice_
Document Date: _____   Number of Pages: _____
Signer(s) Other Than Named Above: _N/A_

©2019 National Notary Association

M1304-08 (09/19)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Dustun Holmes_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_[signature]_
(party's signature)

Kevin Wu, Managing Member
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

12776                    dhh@mcmenemyholmes.com
Bar number               Email address

APPROVED:

Dated: this __4th__ day of __June__, 20__24__.

_[signature]_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16