1  Dustun H. Holmes, Esq., Bar No. 12776
   DHH@mcmenemyholmes.com
2  Ian M. McMenemy, Esq., Bar No. 13190
   IAN@mcmenemyholmes.com
3  MCMENEMY | HOLMES PLLC
   1645 Village Center Circle, Suite 291
4  Las Vegas, Nevada 89134
   Telephone:   702.874.4878
5  Facsimile:    702.874.4969

6  Patrick Bright CA Bar Number 68709
   (*admitted pro hac vice*)
7  WAGNER, ANDERSON & BRIGHT PC
   10524 West Pico Boulevard, Suite 214
8  Los Angeles, CA 90064
   (213) 700-6637
9  pbright@patentattorney.us

10 *Attorneys for Plaintiff*

11 **UNITED STATES DISTRICT COURT**

12 **DISTRICT OF NEVADA**

| | |
|---|---|
| TITAN INTERNATIONAL TECHNOLOGIES, LTD., | Case No.: 2:24-cv-861 |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| COBRA FIRING SYSTEMS, LLC and PHANTOM FIREWORKS OF PAHRUMP, | **[SECOND REQUEST]** |
| Defendants. | |

       Plaintiff Titan International Technologies, LTD. ("Titan"), by and through its counsel of record, and Defendants COBRA Firing Systems, LLC ("Cobra") and Phantom Fireworks of Pahrump ("Phantom") (collectively "Defendants"), by and through their counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate to extend the time to respond to Titan's Complaint (ECF No. 1) by thirty (30) days, through and including **August 14, 2024**.

…

…

…

1

1    The parties have been having substantive discussions regarding resolution and would like
2    to continue engaging in such discussions before moving forward with a response to the Complaint
3    and the deadlines that follow. This request is not for purposes of delay.

4    DATED this 27th day of June, 2024.   DATED this 27th day of June, 2024.

6    By: ___/s/ Dustun H. Holmes_____   By: ___/s/ Ajit Vaidya, Esq._____
        Dustun H. Holmes, Bar #12776            Ajit Vaidya, Esq.
7       MCMENEMY | HOLMES PLLC                  KENEALY VAIDYA LLP
        1645 Village Center Circle, Suite 291   3050 K Street, NW
8       Las Vegas, Nevada 89134                 Suite 302
                                                Washington, D.C. 20007
9       Patrick Bright, Esq. CA #68709
        (*admitted pro hac vice*)
10      WAGNER, ANDERSON & BRIGHT PC    *Attorneys for Defendants*
        10524 West Pico Boulevard, Suite 214
11      Los Angeles, CA 90064

12   *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __6/28/2024_____

2