1  Dustun H. Holmes, Esq., Bar No. 12776
   DHH@mcmenemyholmes.com
2  Ian M. McMenemy, Esq., Bar No. 13190
   IAN@mcmenemyholmes.com
3  MCMENEMY | HOLMES PLLC
   1645 Village Center Circle, Suite 291
4  Las Vegas, Nevada 89134
   Telephone:   702.874.4878
5  Facsimile:   702.874.4969

6  Patrick Bright CA Bar Number 68709
   (*admitted pro hac vice*)
7  WAGNER, ANDERSON & BRIGHT PC
   10524 West Pico Boulevard, Suite 214
8  Los Angeles, CA 90064
   (213) 700-6637
9  pbright@patentattorney.us

10 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TITAN INTERNATIONAL TECHNOLOGIES, LTD., | Case No.: 2:24-cv-00861-CDS-BNW |
|---|---|
| Plaintiff | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DISMISS** |
| v. | |
| COBRA FIRING SYSTEMS, LLC and PHANTOM FIREWORKS OF PAHRUMP, | |
| Defendants | **[FIRST REQUEST]** |
| | [ECF No. 20] |

Plaintiff Titan International Technologies, LTD. ("Titan"), by and through its counsel of record, and Defendants COBRA Firing Systems, LLC ("Cobra") and Phantom Fireworks of Pahrump ("Phantom") (collectively "Defendants"), by and through their counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate to extend the time for Titan to file an Opposition to Defendant's Motion for Summary Judgment or, in the alternative, to Dismiss (ECF No. 17) from September 4, 2024 to **November 4, 2024**.

…

…

1   This extension is requested in good faith and not for the purpose of delay.

2   DATED this 28th day of August, 2024.          DATED this 28th day of August, 2024.

3

4   By:   /s/ Dustun H. Holmes                    By:   /s/ Jonathan W. Fountain
          Dustun H. Holmes, Bar #12776                  W. West Allen, Esq.
5         MCMENEMY | HOLMES PLLC                        Nevada Bar No. 5566
          1645 Village Center Circle, Suite 291         Jonathan W. Fountain, Esq.
6         Las Vegas, Nevada 89134                       Nevada Bar No. 10351
                                                        HOWARD & HOWARD
7         Patrick Bright, Esq. CA #68709                ATTORNEYS PLLC
          (*admitted pro hac vice*)                     3800 Howard Hughes Pkwy., Suite 1000
8         WAGNER, ANDERSON &                            Las Vegas, Nevada 89169
          BRIGHT PC
9         10524 West Pico Boulevard, Suite 214          Ajit Vaidya, Esq.
          Los Angeles, CA 90064                         KENEALY VAIDYA LLP
10                                                      3050 K Street, NW
    *Attorneys for Plaintiff*                           Suite 302
11                                                      Washington, D.C. 20007

12
                                                  *Attorneys for Defendants*
13

14
                                                  **IT IS SO ORDERED**, nunc pro tunc, to the date
15                                                of the request.

16

17                                                _____
18                                                UNITED STATES DISTRICT JUDGE

19                                                DATED: September 9, 2024

20

21

22

23

24

25

26

27

28

2