W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
Tel. (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

Ajit J. Vaidya, Esq.
Admitted Pro Hac Vice
KENEALY VAIDYA LLP
3050 K. Street, N.W., Suite 302
Washington, D.C. 20007
Tel. (202) 748-5903
Email: avaidya@kviplaw.com

*Attorneys for Defendants*
*Cobra Firing Systems, LLC and*
*Phantom Fireworks Showrooms, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TITAN INTERNATIONAL TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> COBRA FIRING SYSTEMS, LLC and PHANTOM FIREWORKS SHOWROOMS, LLC, <br><br> Defendants. | Case No.: 2:24-cv-00861-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **(FIRST REQUEST)** |

Plaintiff Titan International Technologies, LTD. ("Titan"), by and through its counsel of record, and Defendants COBRA Firing Systems, LLC ("Cobra") and Phantom Fireworks Showrooms, LLC ("Phantom") (collectively "Defendants"), by and through their counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate to extend the time for Defendants to file a Response to Plaintiff's First Amended Complaint for Patent Infringement (ECF No. 29) from November 11, 2024 to **November 19, 2024**.

4866-4740-6071, v. 1

1. This extension is requested in good faith and not for the purpose of delay.

DATED: this 7th day of November 2024.                    DATED: this 7th day of November 2024.

By: ___/s/ Dustun H. Holmes_____                   By: ___/s/ Jonathan W. Fountain_____
    Dustun H. Holmes, Bar #12776                            Jonathan W. Fountain, Esq.
    MCMENEMY | HOLMES PLLC                                  Nevada Bar No. 10351
    1645 Village Center Circle, Suite 291                   W. West Allen, Esq.
    Las Vegas, Nevada 89134                                 Nevada Bar No. 5566

    Patrick Bright, Esq. CA #68709                          HOWARD & HOWARD
    (*admitted pro hac vice*)                               ATTORNEYS PLLC
    WAGNER, ANDERSON &                                      3800 Howard Hughes Pkwy., Suite 1000
    BRIGHT PC                                               Las Vegas, Nevada 89169
    10524 West Pico Boulevard, Suite 214
    Los Angeles, CA 90064                                   Ajit Vaidya, Esq.
                                                            KENEALY VAIDYA LLP
    *Attorneys for Plaintiff*                               3050 K Street, NW
                                                            Suite 302
                                                            Washington, D.C. 20007

                                                            *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __11/8/2024_____

4866-4740-6071, v. 1