1  Dustun H. Holmes, Esq., Bar No. 12776
   DHH@mcmenemyholmes.com
2  Ian M. McMenemy, Esq., Bar No. 13190
   IAN@mcmenemyholmes.com
3  MCMENEMY | HOLMES PLLC
   1645 Village Center Circle, Suite 291
4  Las Vegas, Nevada 89134
   Telephone:   702.874.4878
5  Facsimile:   702.874.4969

6  Patrick Bright CA Bar Number 68709
   (*admitted pro hac vice*)
7  WAGNER, ANDERSON & BRIGHT PC
   10524 West Pico Boulevard, Suite 214
8  Los Angeles, CA 90064
   (213) 700-6637
9  pbright@patentattorney.us

10  *Attorneys for Plaintiff*

11                    **UNITED STATES DISTRICT COURT**

12                          **DISTRICT OF NEVADA**

13  TITAN INTERNATIONAL
    TECHNOLOGIES, LTD.,                    Case No.: 2:24-cv-00861-CDS-BNW
14
                                           **STIPULATION AND ORDER TO**
                    Plaintiff              **EXTEND DEADLINE TO FILE**
15                                         **OPPOSITIONS TO DEFENDANTS'**
    v.                                     **MOTION FOR SUMMARY**
16                                         **JUDGMENT OR, IN THE**
    COBRA FIRING SYSTEMS, LLC and          **ALTERNATIVE, TO DISMISS**
17  PHANTOM FIREWORKS SHOWROOMS            **PLAINTIFF'S FIRST AMENDED**
    LLC                                    **COMPLAINT**
18
                    Defendants             **[FIRST REQUEST]**
19
                                           [ECF No. 44]
20

21       Plaintiff Titan International Technologies, LTD. ("Titan"), by and through its counsel

22  of record, and Defendants COBRA Firing Systems, LLC ("Cobra") and Phantom

23  Fireworks Showrooms, LLC ("Phantom") (collectively "Defendants"), by and through their

24  counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate

25  to extend the time for Titan to file an Opposition to Defendant's Motion for Summary

26  Judgment or, in the alternative, to Dismiss Plaintiff's First Amended Complaint (ECF Nos.

27  37-38) to **December 31, 2024**.

28

1    This extension is requested in good faith and not for the purpose of delay.

2    DATED this 5th day of December, 2024.    DATED this 26th day of November, 2024.

3

4    By:   /s/ Dustun H. Holmes          By:   /s/ Ajit Vaidya
          Dustun H. Holmes, Bar #12776          W. West Allen, Esq.
5         MCMENEMY | HOLMES PLLC               Nevada Bar No. 5566
          1645 Village Center Circle, Suite 291   Jonathan W. Fountain, Esq.
6         Las Vegas, Nevada 89134               Nevada Bar No. 10351
                                                HOWARD & HOWARD
7         Patrick Bright, Esq. CA #68709        ATTORNEYS PLLC
          (*admitted pro hac vice*)             3800 Howard Hughes Pkwy., Suite 1000
8         WAGNER, ANDERSON &                    Las Vegas, Nevada 89169
          BRIGHT PC
9         10524 West Pico Boulevard, Suite 214  Ajit Vaidya, Esq.
          Los Angeles, CA 90064                 KENEALY VAIDYA LLP
10                                              3050 K Street, NW
          *Attorneys for Plaintiff*             Suite 302
11                                              Washington, D.C. 20007

12                                              *Attorneys for Defendants*

13

14

15                                    **IT IS SO ORDERED:**

16

17

18                                    _____
                                      UNITED STATES DISTRICT JUDGE
19
                                      DATED:   December 6, 2024
20

21

22

23

24

25

26

27

28

2