# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Titan International Technologies, Ltd., | Case No. 2:24-cv-00861-CDS-BNW |
| Plaintiff | **Order Denying Plaintiff's Requests for Hearing** |
| v. | |
| Cobra Firing Systems, LLC, et al., | [ECF No. 48, 50] |
| Defendants | |

Pending before the court are plaintiff Titan International Technologies, Ltd.'s requests for oral argument on defendants Cobra Firing Systems, LLC and Phantom Fireworks Showrooms, LLC's motion for summary judgment (ECF No. 37) and motion to dismiss (ECF No. 38). *See* Mots. for hearing, ECF Nos. 48, 50. If the court finds that oral argument may help to resolve the issues presented in the motions, it will set them for hearing in the normal course. Accordingly, plaintiff's motions for hearing **[ECF No. 48, 50] are denied without prejudice**.

Dated: February 12, 2025

_____
Cristina D. Silva
United States District Judge